# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

NovaStar Mortgage, Inc.,

    Plaintiff,

v.

Nawal Awkar, et al.,

    Defendants.

CASE NO. 1:07-cv-2892

JUDGE CHRISTOPHER A. BOYKO

**ORDER GRANTING MOTION TO WITHDRAW MASTER COMMISSIONER'S SALE SET FOR MARCH 3, 2008**

---

The Master Commissioner's Sale of real estate, located at 15232 Hilliard Road, Lakewood, OH 44107, scheduled for March 3, 2008, is hereby withdrawn at the request of Plaintiff and the Master Commissioner shall return his Order of Sale to the Clerk of Courts, unexecuted. Nothing in this Order shall affect in any way the validity or priority of Plaintiff's mortgage or the validity of Plaintiff's Judgment Decree in Foreclosure, and Plaintiff shall be entitled to request an Alias Order of Sale. In that the sale was cancelled, the Clerk is hereby ordered to distribute $500.00 to the assigned Master Commissioner, **Rodger A. Pelagalli**, from the amount placed on deposit by the Plaintiff

                                              s/Christopher A. Boyko
                                              JUDGE CHRISTOPHER A. BOYKO

APPROVED:

                                              March 3, 2008

LUPER NEIDENTHAL & LOGAN
A Legal Professional Association

/s/ Deborah P. Ecker_____
Deborah P. Ecker (0019295)
Attorney for Plaintiff
1200 LeVeque Tower
50 West Broad Street
Columbus, OH 43215
Phone: (614) 221-7663; Fax: (866) 381-0301
E-mail: decker@lnlattorneys.com