UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NovaStar Mortgage, Inc.,

    Plaintiff,

v.

Nawal Awkar, et al.,

    Defendants.

CASE NO. 1:07-cv-2892

JUDGE Christopher A. Boyko

**ALIAS ORDER DIRECTING MASTER COMMISSIONER TO PROCEED WITH FORECLOSURE SALE**

    This cause came on for consideration upon the motion of Plaintiff, NovaStar Mortgage, Inc., for an Order directing the foreclosure sale, at public auction, of the subject real property by a master commissioner.

    IT APPEARING to the court that Default Judgment and Decree in Foreclosure entered by this Court on November 30, 2007, authorizes the sale of the property located at 15232 Hilliard Road, Lakewood, OH 44107.

    IT FURTHER APPEARING to the Court that a master commissioner should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

    IT IS THEREFORE ORDERED that the motion of plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and that a master commissioner Rodger Pelagalli is hereby ordered and directed to proceed with the sale of the real property located at 15232 Hilliard Road, Lakewood, OH 44107 subject to the Notice of Appraisal Sheet (Doc. #19 ) filed January 24, 2008.

IT IS SO ORDERED.

                                                   s/Christopher A. Boyko
                                                  JUDGE Christopher A. Boyko
                                                  United States District Court Judge

                                                  April 24, 2008

/s/ Deborah P. Ecker
Deborah P. Ecker (0019295)
50 W. Broad Street, Suite 1200
Columbus, OH 43215
(614) 221-7663 Fax: (866) 381-0301
Attorney for Plaintiff
E-mail: decker@lnlattorneys.com